UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

JAMES CUMMINGS,             )
                            )
        Plaintiff,          )
                            )
    v.                      )    Civil No. 05-CV-206-P-C
                            )
WESTPORT INSURANCE CORP.,   )
                            )
        Defendant.          )

### ORDER GRANTING DEFENDANT'S MOTION TO RECONSIDER AND TO CERTIFY A QUESTION OF STATE LAW TO THE SUPREME JUDICIAL COURT OF THE STATE OF MAINE

The Motion to Reconsider (Docket Item No. 33) is hereby **GRANTED**, and this Court's Order (Docket Item No. 31) of April 17, 2006 and the Judgment (Docket Item No. 32) entered thereon is hereby **VACATED** the Court **FINDING** that the interest of justice require the certification of the determination of the controlling issue of state law to the Maine Supreme Judicial Court, sitting as the Law Court, and this Court hereby **RESERVES** decision on the acceptance of the Recommended Decision (Docket Item No. 24) herein pending the result of such certification. The Court will forthwith certify the controlling issue of state law as exemplified in the accompanying Certificate to the Supreme Judicial Court, sitting as the Law Court.

Upon the request of Plaintiff, James Cummings, it is hereby **ORDERED** that the said request to certify a question of unresolved Maine law to the Supreme Judicial Court be, and it is hereby, **GRANTED** as set forth in the accompanying Certificate. The Clerk is hereby **DIRECTED** to cause twelve (12) copies of the Certificate attached to this Order to be certified to the Maine Supreme Judicial Court under official seal.

2

It is **FURTHER ORDERED** that the Clerk of this Court be, and he is hereby, **AUTHORIZED** and **DIRECTED** to provide, without any costs, to the Law Court, upon the written request of the Chief Justice or the Clerk thereof copies of any and all filings of the parties herein and of the Docket Sheet pertaining to this case.

    /s/Gene Carter_____
    GENE CARTER
    Senior U.S. District Judge

Dated at Portland, Maine this 4th day of May, 2006.